UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  3:08cr116/MCR/CJK
 3:11cv482/MCR/CJK

**GREGORY LAMONT MOSES**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 2, 2013. (Doc. 89). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and Defendant's objections thereto timely filed (doc. 91), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Government's motion to dismiss (doc. 81) is **GRANTED.**

2. Defendant's motion to vacate, set aside, or correct sentence (doc. 72) is **DENIED and DISMISSED,** as it is both untimely and without merit.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th day of February, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**